# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:20-CR-00229-DGK-01 |
| v. ) | |
| ) | |
| RONNIE RONDELL HARGRAVES, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

Defendant Ronnie Rondell Hargraves filed a motion for a medical examination to determine competency on October 13, 2020. ECF Nos. 14–15.

On March 8, 2021, the Court received a psychiatric report from Brittni Posters, a clinical psychologist, and Elissa Miller, a psychologist, who both opined that Defendant was not suffering from a mental condition preventing him from proceeding. ECF No. 25.

On April 6, 2021, Magistrate Judge Jill A. Morris held a competency hearing, and on April 7, 2021, she issued a report and recommendation finding Defendant is competent to proceed. Neither party objected to the report and recommendation, and the time to do so has passed.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Morris is adopted in its entirety, and this Court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between October 13, 2020, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: May 11, 2021  /s/ Greg Kays
　　　　　　　　　　　GREG KAYS, JUDGE