IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                  Plaintiff,

-vs-
                                                 Criminal Action No.
                                                 20-00229-01-CR-W-DGK

RONNIE RONDELL HARGRAVES,

                  Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:      Felon in Possession of a Firearm, in violation of 18 U.S.C. §§
                                   922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
      Government:       Kenneth Borgnino
         Case Agent:   KCPD Detective Edward Caballero
      Defense:           Richard Carney

**OUTSTANDING MOTIONS**:     None

**ANTICIPATED MOTIONS**:     None

**TRIAL WITNESSES**:
      Government:      10 with or without stipulations
      Defense:          3 witnesses, including Defendant who may testify
**TRIAL EXHIBITS**:
      Government:      20 exhibits
      Defense:          No additional exhibits

**DEFENSES**:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial                 (  ) Possibly for trial
      ( x ) Motion to continue to be filed     ( x ) Likely a plea will be worked out

**TRIAL TIME**:      **3 days**
       Government's case including jury selection:    2 days
       Defense case:    1 day

**STIPULATIONS**:
    (   )    not likely
    (   )    not appropriate
    (   )    may be likely as to:
        (   )    chain of custody
        (   )    chemist's reports
        ( x )    prior felony conviction
        ( x )    interstate nexus of firearm
        (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    None


**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   September 3, 2021
    Defense:        September 3, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    September 3, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   September 3, 2021


**TRIAL SETTING**:  Criminal jury trial docket commencing September 20, 2021
    **Please note**:   *If this case is not continued or a plea does not materialize, defense counsel has another case on the September docket (USA v. Akins, 20-00307-01-CR-W-GAF).*

**OTHER**:
    (   )    A _____-speaking interpreter is required.
    (   )    Other assistive devices: _____

    **IT IS SO ORDERED.**


                                */s/ Jill A. Morris*_____
                                  JILL A. MORRIS
                                  United States Magistrate Judge